UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anselmo Ioele
_____

_____

Write the full name of each plaintiff.

-against-

City of New York Department of Citywide
_____

Administrative Services, and the City of New York
_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

# 18 CV 10904

_____CV_____

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes     ☒ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Anselmo | | Ioele |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 882 St. Paul's Place | | |
|---|---|---|
| Street Address | | |

| Nassau, Franklin Square | NY | 11010 |
|---|---|---|
| County, City | State | Zip Code |

| 516-220-9084 | buttafuco82@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   City of New York Department of Citywide Administrative Services

Name
1 Centre Street, 19th Floor

Address where defendant may be served

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:   New York Law Department

Name
100 Church Street

Address where defendant may be served

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | |
|---|---|
| Name | |
| Address where defendant may be served | |
| County, City | State | Zip Code |

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**New York City Police Department**

Name
  One Police Plaza

Address

| New York, New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964,** 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:   Dyslexia _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.   Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐  did not hire me

☐  terminated my employment

☐  did not promote me

☒  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☐  harassed me or created a hostile work environment

☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See attachment.

_____

_____

_____

_____

_____

_____

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

     ☒  Yes (Please attach a copy of the charge to this complaint.)

          When did you file your charge?  December 7, 2015

     ☐  No

Have you received a Notice of Right to Sue from the EEOC?

     ☒  Yes (Please attach a copy of the Notice of Right to Sue.)

          What is the date on the Notice?  August 13, 2018

          When did you receive the Notice?  August 20, 2018

     ☐  No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

     ☐  direct the defendant to hire me

     ☐  direct the defendant to re-employ me

     ☐  direct the defendant to promote me

     ☐  direct the defendant to reasonably accommodate my religion

     ☐  direct the defendant to reasonably accommodate my disability

     ☒  direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

50K in loss wages; Study Resources 3,500k.

Scored 98 on Sergeants promotion (2012); Scored 98 on Lieutenant exam (2018).

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims
are supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| November 19, 2018 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Anselmo | | Ioele |
| First Name | Middle Initial | Last Name |
| 882 St. Paul's Place | | |
| Street Address | | |
| Nassau, Franklin Square | NY | 11010 |
| County, City | State | Zip Code |
| 516-220-9084 | | buttafuco82@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

## IV. STATEMENT OF CLAIM (B)

On Dec. 13, 2014, I applied to take the Lieutenant's promotional exam after receiving notification of the same. After submitting the requisite information required for accommodations, on Apr. 6, 2018, I was granted accommodations by the Department of Citywide Administrative Services ("DCAS"). In an e-mail dated Apr. 6, 2015, DCAS advised that "[o]nce the alternate test date is scheduled, you will be notif[ied]." [sic].   However, when I inquired about when the alternate test date would be, I received the same pro forma response in regard to when the date is available, I will be notified. Through various phone calls and e-mails, I expressed the hardship I would undergo by not knowing the alternate test date do to being dyslexic. As a response, DCAS verbally gave me an ultimatum, to either take the exam when they advise me to or I will not be granted accommodations. In turn, DCAS finally notified those with disabilities on June 8th, that the test will be administered June 22nd, a full **two** months after the test was administered to those without disabilities, strangling those like myself from the resources needed for nearly two months.

Due to my disability, which impairs reading comprehension and spelling, I did not want to take the exam without the proper study materials for a test that may or may not occur at a date that was not established.  Study materials include but are not limited to a nine-hour review course before the exam (given days before the April 18th exam but not before alternative date), online virtual classrooms, and online study materials.  All study materials would be cut off after April 18th exam date.  Causing those who need study resources to struggle for two months due to the negligence and inefficiency of DCAS by not providing reasonable accommodations.  When expressing my alarm to DCAS, on Apr. 14, 2018. 2:51 p.m., their response was, "[s]ince you are requesting to take the test on the original date Apr. 18, 2018, 2015, you will not receive the special testing accommodation that you had previously requested."

On April 18, 2015, I took the Lieutenant promotional exam due in part of the negligence and carelessness of DCAS to accommodate and secure an alternate date for those with disabilities in a reasonable timeframe. Additionally, taking the test later would cause hardship at work due to discussions from those who took the test already and ultimately disclose that I have disability as I would have to take the test months later.  In an effort to not lose study resources and hear about the test from those who took it already, I took the test and did not receive the time needed to read the content because of said disability causing loss of promotion and two years of wages at Lieutenant pay grade. Please refer to charge attached of full claims and facts with exhibits.

WHEREFORE, the undersigned requests for the following relief against Defendant, and requests any further remedy the court deems fair, just and reasonable.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Aregawine Bekele
302 Saint Paul's Place
Teaneck Square, NY 11320

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16F-2015-00223 | Holly M. Shabazz, State & Local Program Manager | (212) 336-3643 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Kevin J. Berry,
District Director

August 13, 2018
(Date Mailed)

Enclosure(s)

cc:
NYC DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES
C/O Bisha Nurse, Esq.
1 Centre Street, 19th Floor North
New York, NY 10007

**18 CV 10904**

CITY OF NEW YORK
COMMISSION OF HUMAN RIGHTS

2015 DEC -7  P 1: 56

---

In the matter of the Complaint of
ANSELMO IOELE,

                    Complainant,

        -against-

CITY OF NEW YORK DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES, AND THE CITY OF
NEW YORK,

                    Respondents.

---

Complainant's Response

COMPLAINT NO.

M-E-D-15-1032144-D

Complainant, Anselmo Ioele, hereby reply to Defendant's Claims, dated October 20, 2015.

1.      DCAS provides "special testing services for disable applicants" 55 RNCY §11-01j-k, therefore on January 19, 2015, Complainant submitted the required materials mandatory for special accommodations, Ex. 1, Letter from A. Ioele to DCAS, dated Jan. 19, 2015. Alternative testing is crucial for those with dyslexia as complainant has an academic history to support such, "Anselmo needs test administered individually, in a separate location...needs the use of *aids to ensure an equal opportunity to succeed academically* on State, Wide, Major Classroom tests...[complainant] has impaired spelling ability [and] visually impaired." (emphasis added) Ex. 2, Woodcock Johnson Recommended Primary Placement Data, 1999-2000.

2.      In December of 2014, DCAS published Notice of Examination ("NOE"). Ex. 3.   In response to the DCAS NOE, the Key Test Prep School issued a course which aligns the syllabus to correspond with the on or about April 18th test date. Ex. 4, The Key Lieutenant's Exam, Ex. 5, 2015 Lieutenant's Exam Preparation Course 20 Week Preparation Course Schedule and Syllabus for the 2015 Lt test.  After the April 16 course date, there would be no need to provide further aid and materials due to the test date of April 18 thereby causing undue hardship to those who had requested special accommodations.

3.      On or about December 13th 2014, Complainant submitted the application for the Exam No. 5535, "LIEUTENANT {POLICE} {PROM}." Ex. 6, Individual Application Maintenance (Dec. 13, 2014).

CCHRFOIL00108

4.     Complaint completed the necessary coursework from September 6, 2014 to April 9, 2015 and on April 11, complainant completed the 8 hour "Final All-Day" course provided for "students" as a refresher before their April 18ᵗʰ test date. Ex. 5.

5.     On April 6, 2015, DCAS by e-mail notified Complainant of extension of time for special accommodations due to learning disability approving a time extension that "extended time (time and a half.  The test is 6 hours and 45 minutes…150% of that time (10 hours and 8 minutes) [was approved.]" Ex. 7, e-mail from TestingAccommodations (DCAS) to A. Ioele (Apr. 6, 2015, 9:58 a.m.).

6.     In response to approval, complainant inquires when testing alternative date will be due to the course closure date of April 16, 2015.  The planning of his "personal schedule" would be to provide for the loss of study materials which were no longer provided post April 18 test date. Ex. 8, e-mail from A. Ioele to TestingAccomodations (DCAS) (Apr. 13, 2015, 4:12 p.m.).  The complainant "needs the use of *aids to ensure an equal opportunity to succeed academically* on State, Wide, Major Classroom tests…[complainant] has impaired spelling ability [and] visually impaired." (emphasis added) Ex. 2.

7.     Complainant is not mandated to provide the reasoning for the accommodation of his "personal schedule" as DCAS was made fully aware on January 19, 2015 of the learning disability which required complainant to have testing accommodations his whole life. Ex. 2. Dyslexia impairs the way the brain processes information especially written material, when DCAS failed to provide a tentative date of May 2015, most test takers with learning disabilities were faced with undue hardship due to the course materials being ceased.  Those who did not take the test would face the scrutiny of their colleagues at work with why they were allowed an extra month to study and/or hear answers throughout their daily shifts, thereby moving complainant to take the test in an effort to not lose work credibility.



8.     DCAS, in response to complainant's e-mail, provided that "[o]nce the alternate test date becomes available, you will be informed." Ex. 9, e-mail from TestingAccommodations (DCAS) to A. Ioele (Apr. 14, 2015, 11:48 a.m.).

9.     On April 14, 2015, twelve phone calls from 1:11 p.m. to 2:54 p.m. were placed to DCAS in an effort to obtain more information regarding the test date.  At this time, DCAS was made aware by complainant that the courses will end and that the accommodations without the course materials or courses would cause undue hardship. Ex. 10, Phone Records from Anselmo Ioele, 516-220-9084.  Complainant reluctantly chose to take the test due to lack of communication and information.  Complainant thereby received "[a]ttached…Admission Notice for Promotion to

2

CCHRFOIL00109

Lieutenant (Police), Exam No. 5535." Ex. 11, e-mail from TestingAccommodations (DCAS) to A. Ioele (April 14, 2015, 2:52 p.m.)

10.    On April 14, 2015, after receiving the test ticket to take the test on April 18th due to the lack of communication from DCAS, complainant inquired again about the lack of knowledge of a test date. "Knowing [complainant] needs accommodations but also getting no response from [DCAS] staff has put [complainant] in a very difficult [predicament]." Ex. 12, E-mail from A. Ioele to TestingAccommodations (DCAS) (Apr. 14, 2015, 6:12 p.m.).  The following day on April 15, DCAS called to reiterate that the department does not have a test date.

11.    On April 19th, 2015, the day after the test, complainant found it hard to believe that a department of DCAS's caliber would administer and announce a test but not provide the test date for those who need accommodations. Accommodations are to be made to aid those with learning disabilities not to cause anxiety, dismiss their learning disability and cause departmental judgment with colleagues. Complainant "understand[s] under EEO policy [that] employees shall be granted special accommodations in accordance with the law." Due to the lack of communication of DCAS, "the test was very difficult and trying to fight through [his] disability to stay on pace with the time restriction was totally impossible and [he] fell behind...[he] really needed the extended time and it could not be *reasonable granted*...[complainant] is not sure if the administration completely understands the impact their *lack of planning and scheduling* has on people[.]" (emphasis added) Ex. 13, e-mail from A. Ioele to TestingAccomodations (DCAS) (Apr. 19, 2015, 9:15 a.m.).  Response e-mail from DCAS was never received.

12.    An applicant who is unable...to take the regular examination as scheduled may be given a special examination upon written request...[due to] a manifest error or mistake for which the Department of Citywide Administrative Services or the examining agency is responsible[.]   55 RNCY § 11-01j-k.

13.    Complainant charges that Respondents have discriminated against him by failing to provide a reasonable accommodation for his disability, and by denying him equal terms and conditions of his employment, in violation of § 8-107(1)(a)and § 8-107(15)(a) of the Administrative Code of the City of New York, and have injured him thereby.

14.    Complainant also charges that Respondents' policy or practice toward disabled test candidates' resulted in a disparate impact on the disabled test takers promotional opportunities, in violation of Section 8-107(17) of the Administrative Code of the City of New York, and have damaged them thereby.

15.    Complainant also charges that Respondents violated the Americans with Disabilities Act by discriminating against him on the basis of his disability, and hereby authorizes the New York City Commission on Human Rights to accept this Verified Complaint on behalf of the Equal

CCHRFOIL00110

Employment Opportunity Commission, subject to the statutory limitations contained in the Americans with Disabilities Act and the Civil Rights Act of 1964.

WHEREFORE, the undersigned requests for the following aforementioned relief against Defendant, and requests any further remedy the court deems fair, just and reasonable.

Anselmo Ioele, being duly sworn, deposes and says: that I am the complainant herein; I have read (or had read to me) the foregoing response and know the content thereof; that the same is true of my own knowledge except as to the matters therein stated on information and belief; and that as to those matters, I believe the same to be true.

Dated: December 2, 2015

_____
ANSELMO IOELE

Subscribed and sworn to me
before this 2 day of Dec 2015

_____
(Signature of Notary Public)

DONNA WHITE
No. 01WH6309529
Notary Public, State of New York
Qualified in Suffolk County
My Commission Expires 08/11/2016

4

CCHRFOIL00112

# EXHIBIT 1

CCHRFOIL00113

January 19, 2015

To: DCAS

From: Anselmo Ioele

Subject: Special Accommodations

    My name is Anselmo Ioele and I am asking to be granted special accommodations from DCAS for the promotional Lieutenants exam number 5535. I am requesting a time allowance extension and test location in a separate location or administered in a small group. I am also sending along with this request my full IEP. My SS # is 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 email address ioiteuco87@gmail.com and a call back number is 516-220-9084.

Thank you

Anselmo Ioele

CCHRFOIL00114

Testing Information:

| Test Areas | Dates | Scores/Types |
|---|---|---|
| | | Passed |
| Woodcock Johnson Revised | 2/1997 | |
| Dictation | | 3.5 Grade Equivalent |
| Math Applied Prob. | | 7.4 Grade Equivalent |
| Math Computation | | 5.9 Grade Equivalent |
| Punct/Caps | | 4.3 Grade Equivalent |
| Proofing | | 4.6 Grade Equivalent |
| Reading Comprehension | | 9.2 Grade Equivalent |
| Spelling | | 3.4 Grade Equivalent |
| Usage | | 4.7 Grade Equivalent |
| Word Identification | | 5.8 Grade Equivalent |
| Written Language | | 5.9 Grade Equivalent |
| Regents-Seq Math I | 1/1997 | |
| | | Passed |

Evaluations by District Personnel:
    Social History Evaluation: 03/21/00
    Achievement Evaluation: 03/17/00
    Psychological check sheet Evaluation: 01/07/00
    Medical Evaluation: 08/20/99

Comments:
        This is an Annual, Triennial, and Transitional Review
    for a 12th grade student classified as LD.  He receives
    all his classes in the mainstream with the support of
    Resource Room.  The social history indicates the recent
    loss of his grandfather and illness of his grandmother
    have taken a toll on him.  Academically, he is passing
    everything except math.  Recent educational testing
    indicates significant difficulties in basic reading,
    spelling, written expression and numerical operation.
    Student's teacher believes the low score in numerical
    operations was due to his dependency on a calculator.
    Teachers indicate that his grade has dropped in
    chemistry, and that he is not putting in effort on
    chemistry or math.  He is doing very well in English,
    economics, and EIP.  He has been unmotivated lately in
    school and is experiencing confusion about what he's
    doing next year.  He still has the potential to get a
    Regent's Diploma.

    CSE Recommends:
    1-Continue LD classification due to deficits in
    decoding, spelling, and written expression.

CCHRFOIL00115

**SEWANHAKA CENTRAL HIGH SCHOOL DISTRICT**
Central Administrative Office
555 Ridge Road
Elmont, NY 11003
(516)488-9853
Fax: (516)488-9899

*INDIVIDUALIZED EDUCATION PROGRAM*
*1999/2000*

## STUDENT INFORMATION

Student Name: Anselmo Ioele
Student ID: 94966
Date of Birth: 10/04/82
Takes Medication: No

Meeting Date: 03/30/00
Meeting Type: Committee On Special Education
Purpose of Meeting: Closeout
Projected Annual Review: 0/  0
Triennial: 0/  0
Date Entered Program: 09/08/94
High School Completion: 06/25/00
Dominant Lang. Student: English
Interpreter Needed: Yes [ ]  No [x]

Parent/Guardian: Luigi Ioele
    Interpreter Needed: Yes [ ]  No [x]
    Teresa Ioele
    Interpreter Needed: Yes [ ]  No [x]
Address: 882 St. Paul Place
    Franklin Square, NY 11010

Home Phone: (516) 437-9319
Home Language: Italian

## CURRENT PRIMARY PLACEMENT DATA

Program Initiation Date: 09/08/99
Program Completion Date: 06/24/00
Classification: Learning Disability
Program: Resource Room
Freq/Durat: 42 Minutes - 5 Time(s)/Week
Class Size Ratio: 5:1
Grade: 12
School: H. Frank Carey High School
Home School: H. Frank Carey High School
Transportation: No Transportation
Extended School Year: Yes [ ]  No [x]   10 Month Program

Physical Education: Regular Phys. Ed.
Diploma: Regents Diploma
Credits Earned: 13.50
Foreign Language Exempt: Yes
Special Alerts: No
Testing Modifications: Yes

1

CCHRFOIL00116

| Student Name: Ioele, Anselmo | ID: 94966 | 1999/2000 |
|---|---|---|

## RECOMMENDED PRIMARY PLACEMENT DATA

Program Initiation Date: 06/26/00
Program Completion Date: 06/26/00
Classification: Learning Disability
Program: Graduate
Freq/Durat:
Class Size Ratio:
Grade:
School:
Home School: H. Frank Carey High School
Transportation:
Extended School Year: Yes [ ]  No [x]   10 Month Program

Physical Education:
Diploma: Regents Diploma
Credits Earned: 19.00
Foreign Language Exempt: Yes
Special Alerts: No
Testing Modifications: Yes

### Alternate Testing Techniques

541600000: Anselmo needs flexible scheduling to ensure an equal opportunity to succeed academically on State, District-Wide, Major classroom tests.
541600001: Anselmo needs time allowance extended for 1 period to complete the test.
541700000: Anselmo needs flexible setting to ensure an equal opportunity to succeed academically on State, District-Wide, Major classroom tests.
541700001: Anselmo needs test administered individually, in a separate location.
541900000: Anselmo needs test directions revised to ensure an equal opportunity to succeed academically on State, District-Wide, Major Classroom tests.
541900001: Anselmo needs directions read.
541900003: Anselmo needs the language of directions simplified.
542000000: Anselmo needs the use of aids to ensure an equal opportunity to succeed academically on State, District-Wide, Major Classroom tests.
542000010: Anselmo needs the use of a calculator with fraction capability.
542000016: Anselmo needs to be exempted from spelling and not penalized for spelling errors.
543100000: Anselmo needs testing modifications because:
543100011: Anselmo has impaired ability to memorize mathematical facts.
543100012: Anselmo has impaired spelling ability.
543100018: Anselmo is visually impaired.

## SERVICE SUMMARY

### MAINSTREAMING

| Subject | Start Date | End Date | Subject | Start Date | End Date |
|---|---|---|---|---|---|
| Current: | | | | | |
| Chemistry. Regents | 09/08/99 | 06/24/00 | College Marketing | 09/08/99 | 06/24/00 |
| Creative Writing | 09/08/99 | 06/24/00 | Economics | 09/08/99 | 06/24/00 |
| EIP | 09/08/99 | 06/24/00 | English 12 | 09/08/99 | 06/24/00 |

2

CCHRFOIL00117

| Student Name: Ioele, Anselmo | | | ID: 94966 | | 1999/2000 |
|---|---|---|---|---|---|

| MAINSTREAMING (Continued) | | | | | |
|---|---|---|---|---|---|
| Subject | Start Date | End Date | Subject | Start Date | End Date |
| Government | 09/08/99 | 06/24/00 | Physical Education | 09/08/99 | 06/24/00 |
| Seq. Math 3R | 09/08/99 | 06/24/00 | | | |

| COMMENTS |
|---|
| CSE Recommends:<br>1-Continue LD classification due to deficits in decoding, spelling, and written expression. |

| MEETING PARTICIPANTS |
|---|
| CSE Committee:<br>  Chairperson:   Kevin Milano, Chairperson<br>  Members:     Jeannine Bergen, Psychologist. |
| Also Present:<br>    See Attached Sign Sheet. |

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS

**SOCIAL DEVELOPMENT**
Social Development: 500401000: Anselmo relates appropriately to adults and/or peers.
500401013: Anselmo exhibits some behaviors which would indicate anxiety.
500403002: Anselmo requires some teacher support and guidance.

**PHYSICAL DEVELOPMENT**
Physical Development: 510201000: Anselmo has no physical or medical problems which impact
on education.

**ACADEMIC DEVELOPMENT**
Academic Development: 520301000: Anselmo has minimal academic deficits which adversely
affect educational performance.
520301022: Anselmo is demonstrating progress in most academic areas.
520303006: Anselmo needs to develop self monitoring skills as a means of avoiding carelessness and focusing
attention to detail.
520303014: Anselmo needs to assume responsibilities regarding school related tasks.

**MANAGEMENT NEEDS**
Management Needs: 530401000: Anselmo requires minimal support in order to function in the

3

CCHRFOIL00118

| Student Name: Ioele, Anselmo | ID: 94966 | 1999/2000 |
|---|---|---|

## PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS (Continued)

educational setting.
530402005: Anselmo works best when interest is frequently stimulated.
530403004: Anselmo requires some teacher reinforcement in order to stay on task.

## TESTING INFORMATION

| Test | Test Area | Score | Score Type | Date |
|---|---|---|---|---|
| WIAT | Basic Reading | 5.9 | Grade Equivalent | 03/17/00 |
| | Listening Comp. | 9.3 | Grade Equivalent | |
| | Mathematics Reasonin | 10.8 | Grade Equivalent | |
| | Math Computation | 5.0 | Grade Equivalent | |
| | OREXP | 12.9 | Grade Equivalent | |
| | Reading Comprehensio | 11.3 | Grade Equivalent | |
| | Spelling | 4.8 | Grade Equivalent | |
| | Written Expression | 3.0 | Grade Equivalent | |
| Regents in U.S. History | | Passed | | 06/20/99 |
| Regents in English | | Passed | | 01/08/99 |
| Regents-Biology | | Passed | | 06/20/98 |
| Regents in Sequential Math 2 | | Passed | | 06/20/98 |
| Regents-Global Studies | | Passed | | 06/08/98 |
| RCT-Intro to Occ Proficiency | | Passed | | 06/20/97 |
| Regents-Earth Science | | Passed | | 06/20/97 |
| Woodcock Johnson Revised | Dictation | 3.5 | Grade Equivalent | 02/25/97 |
| | Math Applied Prob. | 7.4 | Grade Equivalent | |
| | Math Computation | 5.9 | Grade Equivalent | |
| | Punct/Caps | 4.3 | Grade Equivalent | |
| | Proofing | 4.6 | Grade Equivalent | |
| | Reading Comprehensio | 9.2 | Grade Equivalent | |
| | Spelling | 3.4 | Grade Equivalent | |

4

CCHRFOIL00119

Student Name: Ioele, Anselmo                    ID: 94966                1999/2000

| TESTING INFORMATION (Continued) | | | | |
|---|---|---|---|---|
| Test | Test Area | Score | Score Type | Date |
|  | Usage | 4.7 | Grade Equivalent |  |
|  | Word Identification | 5.8 | Grade Equivalent |  |
|  | Written Language | 6.9 | Grade Equivalent |  |
| Regents-Seq Math I |  | Passed |  | 01/20/97 |
| WISC III | IQ Test | 100 | Verbal | 03/10/94 |
|  | IQ Test | 108 | Performance |  |
|  | IQ Test | 104 | Full Scale |  |

5

CCHRFOIL00120

Student Name: Ioele, Anselmo                    ID: 94966                    1999/2000

## INDIVIDUALIZED TRANSITION PLAN

| Transition- Areas of Strength | | Transitional Planning Areas | |
|---|---|---|---|
| Academic | [X] | Employment | [ ] |
| Social/Emotional | | Living Options | |
| Physical | [ ] | Vocational | |
| | | Education | |
| | | Financial | |
| | | Transportation | |
| | | Leisure/Recreation | [ ] |
| | | Personal/Family Relationships | |
| | | Legal | [ ] |
| | | Medical | [ ] |
| | | Other | |

**Transition Plan - Education Outcomes**
  Anselmo plans to enter a 2 or 4 year college program.

**Coordinated Activities-Education**
  Anselmo will engage in a coordinated set of activities that result in an education outcome.
  Anselmo will research post-secondary facilities which are thought to be possibilities for education.
  Anselmo will obtain an application to a post-secondary placement.

6 of 6

CCHRFOIL00121

Sewanhaka Central High School District
Committee On Special Education
Minutes Report

Student No..:      94966
Student DOB.:   10/04/82

CSE Date...:   03/30/00
Committee D:   Kevin Milano, Chairperson
  Members....:   Jeannine Bergen, Psychologist
  School.........:   H. Frank Carey High School
  Current Grade.:   12
  Current Placement.:   Resource Room
  Curr. Class Size/Ratio.:   5:1
  Current Classification.:   Learning Disability
  Dominant Lang.-Student.:   English
  Dominant Lang.-Home.:   Italian
  Case presented by.......:   Counselor
                              Regular Teacher
                              Special Ed. Teacher
  Also present...........:   See Attached Sign Sheet.
  Reason for the Meeting.:   Closeout
  Recom. Classification..:   Learning Disability
  Recom. Transportation..:
  Recommended Location...:
  Recommended Grade......:
  Recommended Placement..:   Graduate
  Rec. Class Size/Ratio.:

Testing Information:
WISC III - 3/94
    Scores: 100 Verbal, 108 Performance, 104 Full Scale

| Test Areas | Dates Scores/Types |
|---|---|
| WIAT | 3/2000 |
| Basic Reading | 5.9 Grade Equivalent |
| Listening Comp. | 9.3 Grade Equivalent |
| Mathematics Reasoning | 10.8 Grade Equivalent |
| Math Computation | 5.0 Grade Equivalent |
| OREXP | 12.9 Grade Equivalent |
| Reading Comprehension | 11.3 Grade Equivalent |
| Spelling | 4.8 Grade Equivalent |
| Written Expression | 3.0 Grade Equivalent |
| Regents in U.S. History | 6/1999 Passed |
| Regents in English | 1/1999 Passed |
| Regents-Biology | 6/1998 Passed |
| Regents in Sequential Math 2 | 6/1998 Passed |
| Regents-Global Studies | 6/1998 Passed |
| RCT-Intro to Occ Proficiency | 6/1997 Passed |
| Regents-Earth Science | 6/1997 |

CCHRFOIL00123

# EXHIBIT 2

CCHRFOIL00124

Student Name: Ioele, Anselmo                    ID: 94966                    1999/2000

## RECOMMENDED PRIMARY PLACEMENT DATA

| | |
|---|---|
| Program Initiation Date: 06/26/00 | Physical Education: |
| Program Completion Date: 06/26/00 | Diploma: Regents Diploma |
| Classification: Learning Disability | Credits Earned: 19.00 |
| Program: Graduate | Foreign Language Exempt: Yes |
| Freq/Durat: | Special Alerts: No |
| Class Size Ratio: | Testing Modifications: Yes |
| Grade: | |
| School: | |

Home School: H. Frank Carey High School
Transportation:
Extended School Year: Yes [ ]  No [x]   10 Month Program

### Alternate Testing Techniques

541600000: Anselmo needs flexible scheduling to ensure an equal opportunity to succeed academically on State, District-Wide, Major classroom tests.
  541600001: Anselmo needs time allowance extended for 1 period to complete the test.
541700000: Anselmo needs flexible setting to ensure an equal opportunity to succeed academically on State, District-Wide, Major classroom tests.
  541700001: Anselmo needs test administered individually, in a separate location.
541900000: Anselmo needs test directions revised to ensure an equal opportunity to succeed academically on State, District-Wide, Major Classroom tests.
  541900001: Anselmo needs directions read.
  541900003: Anselmo needs the language of directions simplified.
542000000: Anselmo needs the use of aids to ensure an equal opportunity to succeed academically on State, District-Wide, Major Classroom tests.
  542000010: Anselmo needs the use of a calculator with fraction capability.
  542000016: Anselmo needs to be exempted from spelling and not penalized for spelling errors.
543100000: Anselmo needs testing modifications because:
  543100011: Anselmo has impaired ability to memorize mathematical facts.
  543100012: Anselmo has impaired spelling ability.
  543100018: Anselmo is visually impaired.

## SERVICE SUMMARY

### MAINSTREAMING

| Subject | Start Date | End Date | Subject | Start Date | End Date |
|---|---|---|---|---|---|
| **Current:** | | | | | |
| Chemistry. Regents | 09/08/99 | 06/24/00 | College Marketing | 09/08/99 | 06/24/00 |
| Creative Writing | 09/08/99 | 06/24/00 | Economics | 09/08/99 | 06/24/00 |
| EIP | 09/08/99 | 06/24/00 | English 12 | 09/08/99 | 06/24/00 |

2

CCHRFOIL00125

CCHRFOIL00126

# EXHIBIT 3

CCHRFOIL00127



THE CITY OF NEW YORK
DEPARTMENT OF CITYWIDE
ADMINISTRATIVE SERVICES
APPLICATION UNIT
1 CENTRE STREET, 14TH FLOOR
NEW YORK, NY 10007

| REQUIRED INFORMATION |
|---|
| APPLICATION |

BILL DE BLASIO
Mayor

STACEY CUMBERBATCH
Commissioner

# NOTICE
# OF
# EXAMINATION

---

## PROMOTION TO LIEUTENANT (POLICE)

### Exam No. 5535

---

**WHEN TO APPLY:** From: December 3, 2014
To:    December 23, 2014

**APPLICATION FEE: $101.00**
If you choose to pay the application fee with a credit/debit/gift card, you will be charged a fee of 2.49% of the payment amount. This fee is nonrefundable.

**THE TEST DATE:** The multiple-choice test is expected to be held on Saturday, April 18, 2015.

---

**YOU ARE RESPONSIBLE FOR READING THIS NOTICE IN ITS ENTIRETY
BEFORE YOU SUBMIT YOUR APPLICATION.**

**WHAT THE JOB INVOLVES:** Lieutenants in the Police Department, under general supervision of a higher ranking superior, supervise the day to day work of a platoon as a Platoon Commander; act as an Operations Coordinator, Special Operations Coordinator, Integrity Control Officer or in some other supervisory capacity in another unit, squad, bureau or office; evaluate the quality of subordinates' performance and review the evaluations made by first line supervisors; perform all additional functions prescribed for the rank by relevant laws, rules and procedures, and other orders or directives of the Police Department; perform special duties or assignments as directed by the Police Commissioner at his discretion. They make adjustments to and may conduct roll call; account for personnel and make personnel assignments; monitor and inspect subordinates; evaluate subordinates and make recommendations regarding remedial actions; train and counsel subordinates; direct and coordinate the actions of subordinates at the scene of police emergencies; direct arrest processing and the detention of prisoners in holding cells; account for, safeguard and maintain department property; safeguard evidence and non-Police Department property; conduct investigations and coordinate searches; complete and review reports, forms and logs; make required notifications; and perform related work.

Lieutenants (Police) are required to work Saturdays, Sundays, holidays, nights and change tours or work overtime when ordered as permitted by the Collective Bargaining Agreement.

Some of the physical activities performed by Lieutenants (Police) and environmental conditions experienced are: working outdoors in all kinds of weather; walking and/or standing in an assigned area during a tour; driving or sitting in a patrol car during a tour while remaining alert; running after a fleeing suspect; climbing up stairs; carrying an injured adult with assistance; gripping persons to prevent escape; restraining a suspect by use of handcuffs; detecting odors such as those caused by smoke or gas leaks; engaging in hand to hand struggles to subdue a suspect resisting arrest; being physically active for prolonged periods of time; understanding verbal communication over the radio with background noise; reading and writing under low light conditions; carrying or waving heavy equipment; and wearing a bullet-resistant vest.

(This is a brief description of what you might do in this position and does not include all the duties of this position.)

**THE SALARY:** The current minimum salary is $102,091 per annum. This rate is subject to change.

**HOW TO APPLY:** If you believe you are eligible to take this examination, submit an application on the Online Application System (OASys) at *www.nyc.gov/examsforjobs*. Follow the onscreen application instructions for electronically submitting your application and payment, and completing any required information. A unique and valid email address is required to file online. Several internet service providers, including but not limited to Google, Yahoo!, AOL, Outlook.com, and mail.com offer free email addresses. All new OASys accounts require verification before a candidate can submit an application to ensure the accuracy of candidate information. Verification is instantaneous for most accounts, but some accounts may require up to 24 hours to be reviewed by a staff member and resolved. Email notification will be sent to those creating accounts that require additional documentation before they can be resolved. Please keep this information and the application period deadline in mind when creating your account. The following methods of payment are acceptable: major credit card, bank card associated with a bank account, a prepaid debit card with a credit card logo which you may purchase online or at various retail outlets. You may come to the DCAS Computer-based Testing and Applications Centers to file for this examination online and submit a money order payable to DCAS (Exams).

---

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

CCHRFOIL00128

Exam No. 5535 - Page 2

The centers will be open Monday through Saturday from 9:00 AM to 5:00 PM:

| Manhattan | Brooklyn |
|---|---|
| 2 Lafayette Street | 210 Joralemon Street |
| 17th Floor | 4th Floor |
| New York, NY 10007 | Brooklyn, NY 11201 |

**Special Circumstances Guide:** This guide is located on the DCAS website at *www.nyc.gov/html/dcas/downloads/pdf/misc/exam_special_circumstances.pdf*. This guide gives important information about requesting an alternate test date because of religious observance or a special test accommodation for disability, claiming Veterans' or Legacy credit, and notifying DCAS of a change in your mailing address. Follow all instructions on the Special Circumstances Guide that pertain to you when you complete your "Application for Examination."

**ELIGIBILITY TO TAKE EXAMINATION:** This examination is open to each employee of the New York Police Department who on the date of the multiple-choice test:

  (1)  holds a permanent (not provisional) competitive appointment or appears on a Preferred List (see Note, below) for the title of Sergeant (Police); and
  (2)  is not otherwise ineligible.

(Note: A "Preferred List" is a civil service list which is only for certain former permanent incumbents of the eligible title who have rehiring rights.)

If you do not know if you are eligible, check with your agency's personnel office. You may be given the test before we verify your eligibility. You are responsible for determining whether or not you meet the eligibility requirements for this examination prior to submitting your application. If it is determined prior to the test date that you are not eligible to participate in this examination, you will not receive an Admission Notice to take the multiple-choice test, you will not be permitted into the test site, and your application fee will not be refunded.

**ELIGIBILITY TO BE PROMOTED:** To be eligible for promotion, you must have served permanently in the rank of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments for at least two years and have successfully completed the probationary period for Sergeant. Additionally, you must be permanently employed as a Sergeant or your name must appear on a Preferred List for Sergeant at the time of promotion.

Note: See "EFFECTS OF A BREAK IN SERVICE" section, below.

**REQUIREMENTS TO BE PROMOTED:**

**Education Requirement:** Eligibles must have attained ninety-six (96) college semester credits before promotion to the rank of Lieutenant (Police). The 96 college semester credits must have been earned as the result of satisfactory completion of course work at an accredited college or university. Eligibles are required to submit Official Transcripts to the Educational Tracking Unit, Police Academy, 235 East 20 Street, New York, N.Y. 10003 as soon as practicable. Only Official copies of transcripts will be utilized to determine whether a candidate has fulfilled the Education Requirement.

The college credits must have been earned as a result of satisfactory completion of course work at a college or university accredited by an accrediting body recognized by the U.S. Secretary of Education and the Council for Higher Education Accreditation ("CHEA"), or, if credits have been earned at a foreign college, the credits must be evaluated by an approved Foreign Evaluation Service. This evaluation must be completed prior to the submission of the Official Transcript to the Educational Tracking Unit. An employee who has graduated from the Police Academy since 1974 may be able to earn college credits based upon his or her graduation from the Police Academy. These college credits can be used towards meeting this Education Requirement; however, these college credits can only be used towards meeting this Education Requirement if they are accepted and listed on an accredited college or university official transcript.

**Drug Testing:** All eligibles for promotion to this position will be required to submit to a drug test. This one time drug test may occur prior to promotion or after promotion during the probationary period. This drug test will be required in addition to any other drug testing conducted by the New York City Police Department, such as random drug testing.

**Driver License Requirement:** At the time you are promoted to this position, you must have a motor vehicle driver license valid in the State of New York with no restrictions that would preclude the performance of Lieutenant (Police) work. This license must be maintained for the duration of your employment.

**Investigation:** To be promoted, candidates must present to the Police Department all the official documents and proof required to qualify.

**THE TEST:** You will be given a multiple-choice test at a computer terminal or a paper and pencil test. You will be informed of the format on your Admission notice. You must achieve a score of at least 70% to pass the test. Ratings for seniority, departmental awards, and if applicable, Veterans' Preference Credit, will be added to the multiple-choice test scores of passing candidates only, to determine final scores.

The multiple-choice test is designed to assess the extent to which candidates have certain abilities and technical knowledge determined to be important to the performance of the tasks of a Lieutenant (Police). Task areas to be tested are as follows:

**Assign and Reassign Personnel:** Reviewing roll call sheets and assigning personnel to posts or duties on a daily basis; accounting for personnel during and after tours of duty; and changing assignments as situations arise during a single tour of duty. These tasks involve both uniformed and civilian personnel.

Exam No. 5535 - Page 3

**Monitor and Inspect Subordinates:** Monitoring and inspecting subordinates to determine if they are performing acceptably.

**Train, Evaluate, Reward and Correct Subordinates:** On-the-job training; evaluating work performance; counseling and discussing subordinates' problems; and administering or recommending formal or informal rewards or punishments, transfers or discretionary assignments. These tasks pertain to civilian and uniformed personnel.

**Monitor Local Area Conditions and Department Information Sources:** Monitoring and reviewing various information sources to stay abreast of issues and conditions which might affect command operations.

**Direct Arrest and Detention Procedures:** Directing, reviewing or monitoring subordinates' actions regarding the arrest, detention and proper treatment of prisoners/detainees.

**Direct Activities During Incidents and Emergencies:** Field investigation and supervision of response to complaints, incidents or emergencies.

**Actions Needed to Ensure Integrity:** The prevention, identification, detection or investigation of alleged police misconduct or corruption.

**Safeguard Evidence and Non-Police Property:** Safeguarding, storing, vouchering and accounting for evidence and non-police property.

**Account for, Safeguard and Maintain Police Property:** Ensuring that the command has proper equipment and supplies; as well as tracking, securing and maintaining police equipment and the police station.

**Cooperate with Community Groups, the Public and Other Agencies:** Answering questions, making referrals, making presentations and otherwise interacting with community groups, members of the public and other city agencies.

**Make Required Notifications and Communicate Information:** Making formal notifications as required by department regulations, as well as informal communications of information.

**Prepare and Review Written Forms, Logs and Reports:** Preparing or reviewing written forms, logs and reports, as well as department memos, directives and bulletins. The forms and reports may be captioned (fill-in-the-blank), written narrative, or a combination of both.

**Plan and Administer Programs/Design Procedures:** Planning, scheduling, administering and evaluating programs or procedures to increase productivity, reduce crime conditions, save money, make the command function smoother, solve administrative problems, etc.

The test may include questions which require mastery of technical knowledge based on such materials as the NYCPD Patrol Guide, Administrative Guide, Interim Orders, Legal Bureau Bulletins, New York State Penal Law, Criminal Procedure Law, Family Court Act, Vehicle & Traffic Laws (VTL) and Mayor's Executive Order No. 16 of 1978, as amended, and may address any of the following areas: Aided Cases; Accidents; Complaints; Summonses, Arrests; Prisoners; Property; Court and Agency Appearances; Patrol Supervision; Special Patrol Operations; Disciplinary Matters; Personnel Matters; Uniforms, Equipment and Department Property, in effect up to and including January 18, 2015.

The test may also include questions which require the use of any of the following abilities:

**Analytical Thinking:** Analyzing information and using logic to address specific work-related issues and problems; involves the identification of problems, not implementation of solutions. You may use this ability to identify trends and or patterns in activity.

**Quantitative Analysis & Interpretation:** Analyzing, interpreting and understanding the underlying principles and meaning of numerical data; recognizing inconsistencies and errors in reports containing numerical data. May involve making projections. You may use this ability when analyzing Complaint Reports or traffic related incidents to determine causes and patterns of complaints.

**Judgement & Decision-Making:** Reviewing information to develop and evaluate the relative costs and benefits of potential solutions to problems and choosing the most appropriate one; implementing a course of action determined by thinking analytically. You may use this ability when adjusting personnel tours to address crime, quality of life and traffic issues.

**Planning and Organizing:** Establishing a method of execution to accomplish a specific goal over an extended period of time; determining appropriate assignments and allocation of resources. You may use this ability when preparing precinct details for events such as parades or demonstrations.

**Management of Material Resources:** Obtaining and seeing to the appropriate use of equipment, facilities and materials needed to do certain work; managing the things needed to accomplish tasks. You may use this ability when obtaining specialized equipment to carry out operations.

**Management of Personnel Resources:** Motivating, developing and directing people as they work, identifying the best people for the job; managing employees needed to accomplish tasks. You may use this ability when selecting the most qualified personnel for units that handle special situations.

**Monitoring:** Assessing performance of oneself, other individuals or organizations to make improvements or take corrective action; overseeing the quality of performance. You may use this ability when gathering information to be used in the assessment of a subordinate.

**Time Management:** Managing one's own time and the time of others in order to promote effective use of work hours. You may use this ability when preparing information and data to be presented at a large scale meeting.

**Persistence:** Persisting in the face of obstacles until desired outcome is achieved; may modify goals if and when appropriate instead of giving up. You may use this ability when implementing procedures to confront spiking crime patterns.

**Adaptability/Flexibility:** Responding to change (positive or negative) in a constructive manner and adapting approach as needed to the situation. You may use this ability when managing personnel changes.

Exam No. 5535 - Page 4

**Stress Tolerance:** Accepting criticism and dealing calmly and effectively with high stress situations. You may use this ability when placed in charge of large scale operations.

**Active Listening:** Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate and not interrupting at inappropriate times; requires interaction between speaker and listener. You may use this ability when addressing roll-call, speaking with precinct personnel or when conducting meetings.

**Persuading & Influencing Others:** Causing others to change or modify their opinions, views or behaviors using a variety of strategies. You may use this ability when meeting with local officials or during local council meetings.

**Written Expression:** Appropriately communicating information and ideas in written words and sentences so intended audience will understand. You may use this ability when completing documentation and reports.

**Conflict Resolution:** Negotiating with others to resolve grievances or conflicts and handle complaints by developing a constructive solution. You may use this ability when handling incidents involving off-duty members of the service.

**Concern for Others:** Acting in a manner sensitive to others' needs and feelings while being understanding and helpful on the job; showing consideration. You may use this ability when performing an assessment of a subordinate.

**Coaching & Mentoring:** Identifying the developmental needs of others and coaching, mentoring, or otherwise helping others to improve their knowledge or skills. You may use this ability when managing command units.

**Teamwork:** Developing mutual trust and cooperation while working together toward the accomplishment of a common goal or outcome. You may use this ability when coordinating a response across multiple agencies.

**Integrity:** Acting in an honest and ethical manner.

**Dependability:** Fulfilling obligations and acting in a reliable, responsible and dependable manner.

**Achievement/Effort:** Establishing and maintaining personally challenging achievement goals and exerting effort toward mastering tasks to reach set goals.

**Initiative and Independence:** Displaying a willingness to take on additional responsibilities and challenges, while developing one's own way of doing things and guiding oneself with little or no supervision.

**Attention to Detail:** Being careful about detail and thorough in completing work tasks.

**Self Control:** Maintaining composure, keeping emotions in check, controlling anger and avoiding aggressive behavior, even in very difficult situations.

**Updating & Using Relevant Knowledge:** Keeping up-to-date technically and applying new knowledge to the job.

Certain questions may be answered on the basis of documents or other information supplied to candidates on the date of the multiple-choice test.

**Warning:** You are not permitted to enter the test site with cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are permitted; however, they must be hand-held, battery or solar powered, numeric only. Calculators with functions other than addition, subtraction, multiplication and division are prohibited. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you are found to be in possession of any of these devices, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of the test site while you are taking the test.

**Required Identification:** You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site. The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. If you do not have an acceptable ID, you may be denied testing. Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or student ID with photo.

**Leaving:** You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified and your application fee will not be refunded.

**SENIORITY AND DEPARTMENTAL AWARDS:** Additional points for Seniority and Departmental Awards, and, if applicable, Veterans' Preference Credit, will be awarded only to candidates who pass the multiple-choice test.

Exam No. 5535 - Page 5

Method of computing seniority:  Use the following chart to determine the credit for seniority in the permanent eligible title of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments, subject to the conditions listed below.

| If Your Date of Permanent Appointment to Sergeant (Police) is: | You Will Receive: | If Your Date of Permanent Appointment to Lieutenant (Police) is: | You Will Receive: |
|---|---|---|---|
| 04/19/15 or after | not eligible | 01/19/10 - 04/18/10 | 2.560 points |
| 01/19/15 - 04/18/15 | 0.120 points | 10/19/09 - 01/18/10 | 2.683 points |
| 10/19/14 - 01/18/15 | 0.242 points | 07/19/09 - 10/18/09 | 2.884 points |
| 07/19/14 - 10/18/14 | 0.364 points | 04/19/09 - 07/18/09 | 2.936 points |
| 04/19/14 - 07/18/14 | 0.486 points | 01/19/09 - 04/18/09 | 3.045 points |
| 01/19/14 - 04/18/14 | 0.606 points | 10/19/08 - 01/18/09 | 3.170 points |
| 10/19/13 - 01/18/14 | 0.730 points | 07/19/08 - 10/18/08 | 3.292 points |
| 07/19/13 - 10/18/13 | 0.852 points | 04/19/08 - 07/18/08 | 3.414 points |
| 04/19/13 - 07/18/13 | 0.974 points | 01/19/08 - 04/18/08 | 3.536 points |
| 01/19/13 - 04/18/13 | 1.096 points | 10/19/07 - 01/18/08 | 3.658 points |
| 10/19/12 - 01/18/13 | 1.218 points | 07/19/07 - 10/18/07 | 3.780 points |
| 07/19/12 - 10/18/12 | 1.340 points | 04/19/07 - 07/18/07 | 3.903 points |
| 04/19/12 - 07/18/12 | 1.462 points | 01/19/07 - 04/18/07 | 4.024 points |
| 01/19/12 - 04/18/12 | 1.584 points | 10/19/06 - 01/18/07 | 4.146 points |
| 10/19/11 - 01/18/12 | 1.706 points | 07/19/06 - 10/18/06 | 4.268 points |
| 07/19/11 - 10/18/11 | 1.828 points | 04/19/06 - 07/18/06 | 4.390 points |
| 04/19/11 - 07/18/11 | 1.950 points | 01/19/06 - 04/18/06 | 4.512 points |
| 01/19/11 - 04/18/11 | 2.072 points | 10/19/05 - 01/18/06 | 4.634 points |
| 10/19/10 - 01/18/11 | 2.194 points | 07/19/05 - 10/18/05 | 4.756 points |
| 07/19/10 - 10/18/10 | 2.316 points | 04/19/05 - 07/18/05 | 4.878 points |
| 04/19/10 - 07/18/10 | 2.438 points | 04/18/05 or earlier | 5.000 points |

Conditions:  Service in titles other than Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments will not be given seniority credit, except as provided by law. No additional credit will be given for more than the actual amount of service an eligible has, except as provided by Section 243 of the State Military Law.  Any person who, pursuant to Court Order or otherwise, has been accorded retroactive seniority by the Department of Citywide Administrative Services in the title of Sergeant (Police) in any one or combination of the New York City Police, Transit Police or Housing Authority Police Departments shall be given appropriate credit.

Note: See "EFFECTS OF A BREAK IN SERVICE" section, below.

Departmental Awards:  Use the following chart to determine the points credited for departmental awards.

| For Each Award: | Add the Following: |
|---|---|
| Honorable Mention* | 0.156 points |
| Exceptional Merit | 0.125 points |
| Commendation | 0.094 points |
| Meritorious Police Duty | 0.063 points |
| Excellent Police Duty | 0.031 points |
| Annual Physical Fitness Incentive Program | maximum of 0.500 per year to a maximum of 2.500 |
| Department Medal of Honor | 0.375 points |
| Police Combat Cross | 0.219 points |
| Medal for Valor (Merit) | 0.188 points |

*The following additional points beyond those awarded for Honorable Mention will be applied if the member has also been awarded any of the following medals for the same act, otherwise, the member will receive the points as indicated above.

| Department Medal of Honor | 0.219 points |
|---|---|
| Police Combat Cross | 0.063 points |
| Medal for Valor (Merit) | 0.032 points |

Terms and Conditions Governing Credit for Departmental Awards:

a.  Credit shall not be given for Excellent Police Duty awarded in connection with the Police Department's Blood Bank Program.

b.  Credit for the Annual Physical Fitness Incentive Program will be awarded at two-tenths (0.200) of one point for successful completion of the cardiovascular component.  One-third (0.300) of one point will be awarded for successful completion of the Job Standard Test (JST), which consists of six components (barrier surmount, stair climb, physical restraint simulation, pursuit run, victim rescue, and trigger pull).  The cardiovascular component must be successfully completed before candidates may participate in the Job Standard Test.  A maximum of one-half (0.500) point per year earned may be applied toward the exam, to a total of 2.500 points. Consult the current Personnel Bureau Memo for further details of the program.

c.  Credit for awards is granted in one successful examination only, i.e., an examination in which the participating candidate attains a place on the eligible list and from which list he/she is subsequently promoted and passes probation.  Credit for an award will not be split between two promotion exams.  If a candidate previously reached the maximum on seniority and departmental awards for other promotion exams by using less than the full value of an award, the remainder of the value of the award will not be granted on this examination

d.  Credit for awards must be used by the candidate at the earliest opportunity, i.e., in the first successful examination following acquisition and recognition of the award.  Credit for awards will be granted in date order, i.e., oldest awards will be credited first, with the exception of the Annual Physical Fitness Incentive Program, which will be granted first.

e.  Only departmental awards granted on or before the date of the written test will be credited. No credit will be given for the Annual Physical Fitness Incentive Program granted in conjunction with an earlier promotional exam where the candidate was placed on a resulting eligible list and from which list he/she was subsequently promoted and passed probation.

CCHRFOIL00132

Exam No. 5535 - Page 6

    f.    Credit for awards earned while employed by the New York City Transit Police Department or New York City Housing Authority Police Department will be granted to eligible candidates in compliance with NYCPD Operations Order No. 94 dated 7/27/93.

    g.    The maximum total credit attainable on Seniority and Departmental Awards is 8.751 points. Credit for seniority will be granted before granting credit for awards. This will allow maximum use of awards. Any additional credit earned for awards beyond the maximum may be granted in a subsequent promotion examination, except for awards given partial credit as indicated in "e" above.

**EFFECTS OF A BREAK IN SERVICE:** The period of a break in service will not be credited toward eligibility to be promoted or in the computation of seniority credits. Additionally, any time served prior to a break in service of more than one a year will not be credited for these purposes.

**ADMISSION NOTICE:** You should receive an Admission Notice in the mail about 10 days before the date of the test. If you do not receive an Admission Notice at least 4 days before of the test, you must go to the Exam Support Group, 1 Centre Street, 14th Floor, Manhattan, to obtain a duplicate notice, which you will receive unless there was a determination that you are not eligible to participate in the examination. Test site assignments will take your address into consideration, but proximity cannot be guaranteed.

**THE TEST RESULTS:** If you pass the multiple-choice test and are marked eligible, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results. If you meet all requirements and conditions, you will be considered for promotion when your name is reached on the eligible list.

**CHANGE OF MAILING AND/OR EMAIL ADDRESS:** It is critical that you promptly notify DCAS of any change to your mailing address and/or email address. You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct mailing and/or email address. Change of mailing and/or email address requests submitted to your Agency or to the United States Postal Service will NOT update your records with DCAS. To update your mailing and/or email address with DCAS, you must submit a change request by mail or in person. Your request must include your full name, social security number, exam title(s), exam number(s), old mailing and or/email address, and your new mailing and/or email address. Your request can be mailed to DCAS Records Room, 1 Centre Street, 14th Floor, New York, NY 10007 or brought in person to the same address Monday through Friday from 9AM to 5PM.

**ADDITIONAL INFORMATION:**

    **Probationary Period:** The probationary period for Lieutenants (Police) promoted as a result of this examination is twelve (12) months. However, the probationary period may be extended for an additional six (6) months pursuant to the Personnel Rules and Regulations of the City of New York.

**SPECIAL ARRANGEMENTS:**

    **Late Filing:** Consult your agency's personnel office to determine the procedure for filing a late application if you meet one or more of the following conditions:

        (1)    You are absent from work for at least one-half of the application period and cannot apply for reasons such as vacation, sick leave or military duty; or
        (2)    You become eligible after the above application period but on or before the date of the multiple-choice test.

    **Make-up Test:** You may apply for a make-up test if you cannot take the test for any of the following reasons:

        (1)    compulsory attendance before a public body;
        (2)    on-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
        (3)    absence for one week following the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
        (4)    absence due to ordered military duty;
        (5)    a clear error for which the Department of Citywide Administrative Services or the examining agency is responsible; or
        (6)    a temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

    To request a make-up test, contact the Exam Support Group in person or by mail at 1 Centre Street, 14th Floor, New York, NY 10007, as soon as possible and provide documentation of the special circumstances that caused you to miss your test.

**PENALTY FOR MISREPRESENTATION:** Any intentional misrepresentation on the application or examination may result in disqualification, even after promotion, and may result in criminal prosecution.

---

The General Examination Regulations of the Department of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available at nyc.gov/dcas and at the DCAS Computer-based Testing and Applications Centers.

The City of New York is an Equal Opportunity Employer.
Title Code No. 70260: Police Service.

For information about other exams, and your exam or list status, call 212-669-1357.
Internet: nyc.gov/dcas

# EXHIBIT 4

CCHRFOIL00135




# THE KEY
## LIEUTENANT'S EXAM
### APRIL 18TH, 2015

## Classes Begin the Weekend After Labor Day
### Lesson 1 (Sat, Sept 6 - Thurs, Sept 11): Math, Grammar, P.G. 202, "Duties And Responsibilities"

| SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY |
|---|---|---|---|---|---|
| (AM only) | (AM only) | (AM or PM) | (AM or PM) | (AM or PM) | (PM Only) |
| Sept 6th, 2014 | Sept 7th, 2014 | Sept 8th, 2014 | Sept 9th, 2014 | Sept 10th, 2014 | Sept 11th, 2014 |
| 0930 x 1200 | 0930 x 1200 | 1000 x 1230 or 1900 x 2130 | 1000 x 1230 or 1900 x 2130 | 1000 x 1230 or 1900 x 2130 | 1830 x 2100 |
| STATEN ISLAND | ROCKLAND | NASSAU | BRONX | BROOKLYN | MANHATTAN |
| Saint Joseph Hill Academy 850 Hylan Blvd. Staten Is., 10305 | Salvation Army 440 West Nyack Rd. West Nyack, 10994 | VFW 65 E. Merrick Rd. Valley Stream, 11580 | Holy Rosary 1510 Adee Ave. Bronx, 10469 @ Gunhill Rd & Eastchester Rd | St. Finbar 1825 Bath Ave. Brooklyn, 11214 | J.P. Murray Bergtraum High School 411 Pearl St. NY, 10038 |
| SUFFOLK VFW 588 Long Island Ave Deer Park, 11729 | | | | | |

### Cost Breakdown
22 Weeks × $35 = $770
3 Crams × $40 = $120
Total Cost = $890
Season Ticket = $695
**Your Savings = $195**

## Season Ticket "Key" Features
- Includes the Cram Course - No Hidden Fees!
- Includes Digital Patrol Guide & Administrative Guide.
- The ONLY course where you can earn 15 college credits (Aspen.edu).
- We have the BEST instructors and materials (ask your boss).
- Includes a **NEW** Video & Audio Class Synopsis Every Week!

## Register For The Season Ticket Online Now!
## nypdthekey.com




· Scan Me!

## Complete Course - Season Ticket
(Includes Cram Courses, Patrol Guide, Admin Guide, Audio & Video)
### Only $695 for a Live Classroom Season Ticket
Home Study Season Ticket Also Available (Lesson Sent Electronically)




### Weekly Options
- $35 Per Week - Pay As You Go
- $40 Per Cram Course

P.O. Box 39, Blauvelt, NY 10913          nypdthekey.com          212-561-0122

CCHRFOIL00137

# EXHIBIT 5

CCHRFOIL00138

**TENTATIVE**
**2015 Lieutenants Exam Preparation Course**
**20 Week Preparation Course Schedule**

| | Dates – Week of | What will be covered in class: |
|---|---|---|
| #1 | September 6 – September 12 | 202 Series "Duties & Responsibilities" |
| #2 | September 13 – September 19 | 203 Series "General Regulations"<br>204 Series "Uniforms & Equipment" |
| #3 | September 20 – September 26 | 205 Series "Personnel" |
| #4 | September 27 – October 3 | 206 Series "Discipline"<br>211 Series "Court" |
| #5 | October 4 – October 10 | 207 Series "Complaints" Part 1 |
| -- | October 11 – October 17 | **Catch Up** |
| #6 | October 18 – October 24 | 207 Series "Complaints" Part 2 |
| #7 | October 25 – October 31 | In-Basket #1 |
| #8 | November 1 – November 7 | 209 Series "Summonses"<br>210 Series "Prisoners" |
| #9 | November 8 – November 14 | 217 Series "Accidents" |
| #10 | November 15 – November 21 | 208 Series "Arrests" Part 1 |
| -- | November 22 – November 28 | **Thanksgiving** |
| #11 | November 29 – December 5 | 208 Series "Arrests" Part 2<br>Grammar/Reading Comprehension/Math |
| #12 | December 6 – December 12 | 212 Series "Command Operations" Part 1 |
| #13 | December 13 – December 19 | 212 Series "Command Operations" Part 2 |
| -- | December 20 – December 26 | **Christmas** |
| -- | December 27 – January 2 | **New Years** |
| #14 | January 3 – January 9 | 213 Series "Emergency Incidents"<br>214 Series "Quality of Life" |
| #15 | January 10 – January 16 | 215 Series "Juveniles"<br>216 Series "Aided Cases" |
| #16 | January 17 – January 23 | In-Basket #2 |
| -- | January 24 – January 30 | **Catch Up** |
| #17 | January 31 – February 6 | 218 Series "Property" |
| #18 | February 7 – February 13 | 219 Series "Department Property" |
| #19 | February 14 – February 20 | 220 Series "CIMS" |
| #20 | February 21 – February 27 | Management, Judgment, & Supervision |
| | Yet to be determined | Yet to be determined |



www.EliteStrategicTraining.com

| | The Key (Revised) Schedule and Syllabus for the 2015 Lt test | |
|---|---|---|
| 1. | Sat Sept 6 to Thur Sept 11 | PG 202/AG 303 Tactics, Math, Grammar, PL 1-120 Assault |
| 2. | Sat Sept 13 to Thur Sept 18 | PG 203/AG 304 LBB Quota & New Laws, PL 125 to 130, Judgment & Decision Making Questions –*General* |
| 3. | Sat Sept  20 to Thur Sept 25 | PG 204 (+205 Evals)/AG 320-1 LBB Warrant/Informant, PL 135, Judgment & Decision Making Questions –*Evaluations* |
| 4. | Sat Sept 27 to Thur Oct 2 | PG 205/AG 320-2 Personnel Matters |
| 5. | Sat October 4 to Thur Oct 9 | PG 206/AG 318 Discipline, Judgment & Decision Making –*Discipline* |
| | **Sat Oct 11 to Thur Oct 16 NO CLASS (Columbus Day Weekend)** | |
| 6. | Sat Oct 18 to Thur Oct 23 | In-Basket I |
| 7. | Sat Oct 25 to Thur Oct 30 | PG 207/AG 308 Complaint Reporting |
| 8. | Sat Nov 1 to Thur Nov 6 | PG 208 Arrests, part 1, LBB Vehicle Search, PL 140-145 |
| 9. | Sat Nov 8 to Thur Nov 13 | PG 208 Arrests, part 2, LBB Search Incident to Arrest |
| 10. | Sat Nov 15 to Thur Nov 20 | PG 209/AG 309 Summonses PL 150-155 LBB Consent to Search |
| | **Sat Nov 22 to Thur Nov 27 NO CLASS (Thanksgiving)** | |
| 11. | Sat Nov 29 to Thur Dec 4 | PG 210 Prisoners, PL 160-195, LBB Right to Counsel |
| 12. | Sat Dec 6 to Thur Dec 11 | PG 212 Command Operations, part 1 |
| 13. | Sat Dec 13 to Thur Dec 18 | PG 212 Command Operations, part 2 |
| | **Sat Dec 20 to Thur Dec 25 NO CLASS (Christmas)** **Sat Dec 27 to Thur January 1 NO CLASS (New Years)** | |
| 14. | Sat Jan 3 to Thur Jan 8 | PG 213/AG 316 PL 205-230, LBB Stop, Question, Frisk |
| 15. | Sat Jan 10 to Thur Jan 15 | PG 214 Quality of Life |
| 16. | Sat Jan 17 to Thur Jan 22 | PG 215 Juveniles |
| | **Sat Jan 24 to Thur Jan 29 NO CLASS** | |
| 17. | Sat Jan 31 to Thur Feb 5 | PG 216 Aideds, PL 235-240, LBB Probable Cause |
| 18. | Sat Feb 7 to Thur Feb 12 | PG 217 Collisions, PL 260, LBB Showups/Lineups & Misc |
| 19. | Sat Feb 14 to Thur Feb 19 | PG 218 Property (PETS) |
| | **Sat Feb 21 to Thur Feb 26 NO CLASS** | |
| 20. | Sat Feb 28 to Thur March 5 | PG 219/AG 325 Dept Property & 211 Court, PL 265 |
| 21. | Sat Mar 7 to Thur Mar 12 | PG 220 CIMS |
| 22. | Sat Mar 14 to Thur Mar 19 | In-Basket 2 |
| C1 | Sat Mar 21 to Thur Mar 26 | CRAM 1 |
| C2 | Sat Mar 28 to Thur April 2 | CRAM 2 |
| C3 | Sat April 4 to Thur April 9 | CRAM 3 |
| | **"Final All-Day (8 hour/$50) Review"** 1000-1800, Monday through Thursday (Nassau, Bronx, Brooklyn, Manhattan) April 13 through 16 (test date April 18) | |

Nov. Revision
In-Basket II moved down to week 22

This final review of the entire course is not included in the Season Ticket.

CCHRFOIL00141

# EXHIBIT 6

CCHRFOIL00142

```
02/05/15                    A  P  P  S                    ATAMA103
12:28:39.5        INDIVIDUAL APPLICATION MAINTENANCE      ATAPI100
                    ** INQ APPLICATION DATA **              NXXG
------------------------------------------------------------------------
EXAM YEAR: 2015    EXAM NO: 5535  GROUP NO: 000  EXAM TYPE: P
TITLE CODE: 70260     EXAM TITLE: LIEUTENANT (POLICE)(PROM)
REQUIRED FEE:$ 101.00                        BATCH NO: OASYONLINE
CONFIRMATION NUMBER:  2015055350007729AIOEL ------PREV. ADDRESS DATE: 12/13/14
SSN: 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     CURRENT JOB- TITLE CODE: 70235  AGENCY CODE: 56 ( PRISE
LAST NAME: IOELE_____    FIRST NAME: ANSELMO_____  M.I.: _
ADDRESS  : 882 SAINT PAULS PLACE_____    _____
CITY/TOWN : FRANKLIN SQUARE_____  *BOROUGH: O  STATE: NY  ZIP: 11010 0000
FOREIGN COUNTRY: _____     POSTAL CODE: _____
E-MAIL : BUTTAFUCO82@GMAIL.COM_____
PHONE: 5167757205_____  OTH NAMES USD: _____
*ETHNICITY: W  *GENDER: M  HHC EMPLOYEE? N (N/Y)  TITLE CUR EMP: _
DATE CODE: _  MIL: _  RELIGIOUS: _ ( /Y) HANDICAPPED CLAIMED: Y
VETERAN'S CREDIT CLAIMED: _ ( /V/D)  LEGACY: PARENT: _ ( /P) SIBLING: _ ( /S)
FEE RECEIVED:$ 101.00 METHOD OF PAYMENT: X (C/F/M/V/W/X)    NO. CHECKS : _
MULT FEE IND: _ ( /M/X) APPLIC DATE: 12/13/14 (MMDDYYYY) MAIL PROCESSOR: 0_
RUNNING TOTAL:              Affirm Ind: _ ( /Y) EETP Ind: _ (/Y)
Foreign Ind: _ ( /Y)   ENTERED BY: OASY 12/13/14 CHANGED BY:
PF1-MAIN MENU PF2-PREV PF6-COMMENTS
```

CCHRFOIL00144

# EXHIBIT 7

CCHRFOIL00145

**Subject:**                    approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

**From:** TestingAccommodations (DCAS)
**Sent:** Monday, April 06, 2015 9:58 AM
**Subject:** approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535. When you apply for certain test related accommodations, we try to be as explicit as possible regarding modifications to the exam process or materials, communicating the approved accommodations, and what exam related components cannot be adjusted, extended, or modified.

It is important to note that New York City's Test Administration cannot always provide certain test accommodations. Often there are extended time considerations that relate to administrative operations, assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

If you have any other questions, our contact information is below.

Thank you,


Testing Accommodations | Exam Support Group
Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov
1 Centre Street | 14th Floor South, Room 1448
New York, NY 10007
**NYC** Citywide
        Administrative    Human
        Services          Capital

1

CCHRFOIL00147

# EXHIBIT 8

CCHRFOIL00148

**Subject:**          approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

**From:** Gino Felino [mailto:buttafuco82@gmail.com]
**Sent:** Monday, April 13, 2015 4:12 PM
**To:** TestingAccommodations (DCAS)
**Subject:** Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Hi just wanted to make quick inquiry of when I will be receiving notice of the alternative date for the exam. Just
wanted to plan my schedule accordingly
Thank you
Anselmo ioele

On Apr 6, 2015 9:57 AM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov> wrote:

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received
your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535.
When you apply for certain test related accommodations, we try to be as explicit as possible regarding
modifications to the exam process or materials, communicating the approved accommodations, and what exam
related components cannot be adjusted, extended, or modified.

It is important to note that New York City's Test Administration cannot always provide certain test
accommodations. Often there are extended time considerations that relate to administrative operations,
assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are
approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved
for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable
accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

If you have any other questions, our contact information is below.

Thank you,

Testing Accommodations | Exam Support Group

Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov

1

CCHRFOIL00149

CCHRFOIL00150

# EXHIBIT 9

CCHRFOIL00151

**Subject:**                        Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

**From:** TestingAccommodations (DCAS)
**Sent:** Tuesday, April 14, 2015 11:48 AM
**To:** Gino Felino
**Subject:** RE: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Hello Gino Felino:

Once the alternate test date becomes available, you will be informed.

Thank you,

Testing Accommodations | Exam Support Group
Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov
1 Centre Street | 14th Floor South, Room 1448
New York, NY 10007

**NYC** Citywide Human
Administrative Capital
Services

**From:** Gino Felino [mailto:buttafuco82@gmail.com]
**Sent:** Monday, April 13, 2015 4:12 PM
**To:** TestingAccommodations (DCAS)
**Subject:** Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Hi just wanted to make quick inquiry of when I will be receiving notice of the alternative date for the exam. Just wanted to plan my schedule accordingly
Thank you
Anselmo ioele

On Apr 6, 2015 9:57 AM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov> wrote:

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535. When you apply for certain test related accommodations, we try to be as explicit as possible regarding modifications to the exam process or materials, communicating the approved accommodations, and what exam related components cannot be adjusted, extended, or modified.

It is important to note that New York City's Test Administration cannot always provide certain test accommodations. Often there are extended time considerations that relate to administrative operations, assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved

1

CCHRFOIL00152

for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

If you have any other questions, our contact information is below.

Thank you,

**Testing Accommodations |** 

Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov

1 Centre Street | 14th Floor South, Room 1448

New York, NY 10007

2

CCHRFOIL00153

# EXHIBIT 10

CCHRFOIL00155



PO BOX 4003
ACWORTH, GA 30101



| Manage Your Account | Account Number | Date Due |
|---|---|---|

## Quick Bill Summary          Apr 05 – May 04



KEYLINE

ANSELMO IOELE
882 SAINT PAULS PL
FRANKLIN SQUARE, NY 11010–2215

### Verizon Wireless News

**Renew Your Discount And Keep Saving**

Continue your monthly discount by validating your employment or affiliation with an organization within 30 days at vzw.com/discounts. See the "Need–to–Know Information" page for details.

| Pay from Wireless | Pay on the Web | | Questions: |
|---|---|---|---|
| #PMT (#788) | My Verizon at www.vzw.com | | 1.800.922.0204 or *611 from your wireless |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VN

ANSELMO IOELE
882 SAINT PAULS PL
FRANKLIN SQUARE, NY 11010–2215

| | Bill Date | May 04, 2015 |
|---|---|---|

### Total Amount Due by May 30, 2015

P.O. BOX 408
NEWARK, NJ 07101–0408

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

3242103368010985894081000010000003053600000003053b4

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1–866–544–0401.

CCHRFOIL00156



**verizon**wireless

| | | Invoice Number | Account Number | Date Due | Page |

**Detail for Teresa Ioele: 516-220-9084**

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|-----------------|----------------------|-------|
| 4/14 | 1:17P | 212-869-7335 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 1:20P | 212-869-7155 | Peak | PlanAllow | Franklin S NY | New York NY | 3 | --- | --- | --- |
| 4/14 | 1:23P | 212-869-7295 | Peak | PlanAllow | Franklin S NY | New York NY | 9 | --- | --- | --- |
| 4/14 | 2:17P | 212-869-7295 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:18P | 212-869-7291 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:19P | 212-869-7295 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:19P | 212-869-7155 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:20P | 212-869-7295 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:21P | 212-869-7155 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:22P | 212-869-7295 | Peak | PlanAllow | Franklin S NY | New York NY | 1 | --- | --- | --- |
| 4/14 | 2:23P | 212-869-7280 | Peak | PlanAllow | Franklin S NY | New York NY | 8 | --- | --- | --- |
| 4/14 | 2:54P | 212-869-7332 | Peak | PlanAllow | Franklin S NY | Incoming CL | 3 | --- | --- | --- |

CCHRFOIL00158

# EXHIBIT 11

CCHRFOIL00159

| | |
|---|---|
| **Subject:** | Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535 |
| **Attachments:** | #5535 I. Anselmo Admission Notice.pdf |

**From:** TestingAccommodations (DCAS)
**Sent:** Tuesday, April 14, 2015 2:52 PM
**To:** Gino Felino
**Subject:** RE: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Dear Mr. Ioele Anselmo:

Attached is your Admission Notice for Promotion to Lieutenant (Police), Exam No. 5535. Since you are requesting to take the test on the original test date April 18, 2015, you will not receive the special testing accommodation that you had previously requested.

Thank you,

Testing Accommodations | Exam Support Group
Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov
1 Centre Street | 14ᵗʰ Floor South, Room 1448
New York, NY 10007
**NYC** Citywide Administrative Services   Human Capital

**From:** Gino Felino [mailto:buttafuco82@gmail.com]
**Sent:** Monday, April 13, 2015 4:12 PM
**To:** TestingAccommodations (DCAS)
**Subject:** Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Hi just wanted to make quick inquiry of when I will be receiving notice of the alternative date for the exam. Just wanted to plan my schedule accordingly
Thank you
Anselmo ioele

On Apr 6, 2015 9:57 AM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov> wrote:

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535. When you apply for certain test related accommodations, we try to be as explicit as possible regarding modifications to the exam process or materials, communicating the approved accommodations, and what exam related components cannot be adjusted, extended, or modified.

1

It is important to note that New York City's Test Administration cannot always provide certain test accommodations. Often there are extended time considerations that relate to administrative operations, assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

If you have any other questions, our contact information is below.


Thank you,



**Testing Accommodations** | Exam Support Group

**Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov**

**1 Centre Street | 14ᵗʰ Floor South, Room 1448**

**New York, NY 10007 _**

**NYC** Citywide   Human
Administration   Capital
Services

2



**Admission Notice**
**You must bring this Admission Notice to the test site**

Citywide Administrative Services

Exam Title: LIEUTENANT (POLICE)(PROM)
Exam No.: 5535  Group No.: 000

Test Date:   APRIL 18, 2015
Test Time:   10:00AM
Test Site:   FRANKLIN K. LANE H.S., 999 JAMAICA AVE. BKLYN NY 11208
Test Length: 6 HOURS AND 45 MINUTES
Test Type:   PAPER AND PENCIL MULTIPLE CHOICE TEST

Check that your address and the last 5 digits of your Social Security number are correct as printed. If a correction is needed, please inform a DCAS monitor at the test site.

FOR SECURITY PURPOSES, WE HAVE OMITTED THE FIRST 4 DIGITS OF YOUR SOCIAL SECURITY NUMBER (SSN). PLEASE COMPLETE YOUR SSN IN THE SPACE PROVIDED BELOW PRIOR TO ATTENDING YOUR TEST SESSION.

ANSELMO IOELE
882 SAINT PAULS PLACE
FRANKLIN SQUARE, NY 11010-0000

Social Security No.: _ _ _ - _ _ - 8-7729

Room_____  Seat_____

Monitor's Initials_____

I affirm that I am the person called to this examination. I understand that impersonation is a criminal offense and will be prosecuted. I further affirm that I will not reveal any information about this examination to anyone, including any candidate who has applied for, but not yet taken this examination.

SIGNATURE (In presence of Monitor)

**Time:** It is your responsibility to arrive promptly at the time indicated above. You will not be permitted to change your test time. The test will begin after administrative processing has been completed. NO CANDIDATE WILL BE ADMITTED TO THE TEST SITE AFTER CANDIDATE PROCESSING HAS STARTED. The Test Length includes time for fingerprinting candidates, answering all test questions, including those that are for research purposes only, and documenting that test material has been received by all candidates.

**What to Bring:** Please bring two sharpened #2 pencils because they will not be provided at the test site. You may also bring a watch because you will be responsible for managing your own time. You must also bring this Admission Notice and required identification, and calculators are permitted (see below).

**Admission Notice:** This Admission Notice is non-transferable. Only you may use this notice to be admitted to the test site. This notice does not mean that you are qualified or eligible for this examination. All candidates are admitted conditionally. Your signature on this Admission Notice is an affirmation that all statements you provided in connection with your application for this examination are true and subject to the penalties of perjury.

**Required Identification:** You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site. The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. If you do not have an acceptable ID, you may be denied testing. Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US government issued Passport, US government issued Military Identification Card, US government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Electronic Devices:** You are not permitted to enter the test site with cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are permitted; however, they must be hand-held, battery or solar powered, numeric only. Calculators with functions other than addition, subtraction, multiplication and division are prohibited. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you use any of these devices in the building at any time before, during or after the test, your test score may be nullified, you may not receive your test results, and your application fee will not be refunded.

**Leaving:** You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

**Travel:** FROM WITHIN THE TRI-STATE AREA, CALL 511; FROM OUTSIDE OF THE TRI-STATE AREA, CALL 877-690-5116; OR VISIT WWW.MTA.INFO FOR TRAFFIC, TRAVEL, AND TRANSIT INFORMATION.

The administration of the test is subject to change in the event of an unforeseen occurrence. You may call the DCAS Interactive Voice Response (IVR) system at (212) 669-1357 two hours before the test time to hear if the test is not being administered at this time. If there has been an unforeseen occurrence, the recorded message will be heard after the "Thank you for calling" greeting.

ADM 5535         685                    RPT = 0000685



The City of New York
Department of Citywide Administrative Services
1 Centre Street, Room 1448
New York, NY 10007

FIRST-CLASS MAIL
U.S. POSTAGE PAID
NEW YORK, NY 10007
PERMIT No. 1298

ANSELMO IOELE
882 SAINT PAULS PLACE
FRANKLIN SQUARE, NY 11010-0000

CCHRFOIL00163

# EXHIBIT 12

CCHRFOIL00164

**Subject:** Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

**From:** Gino Felino [mailto:buttafuco82@gmail.com]
**Sent:** Tuesday, April 14, 2015 6:12 PM
**To:** TestingAccommodations (DCAS)
**Subject:** RE: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

I have a question in regards to the lack of knowledge of the test date from anyone in your administration it is almost comical if it wasn't for the fact that it is a very serious issue   a promotion test.   Knowing that I do need special accommodations but also getting no response from your staff has put me in a very difficult spot. If I take the test on Saturday it would be with out my extended time accommodations granted to me by law that i do need but also if I don't take it on Saturday I have no way in knowing when the test will be given next. All I got as a response is probably end of May well that doesn't work for me if it is. How was no one made aware of this new policy of not giving the test the day after on Sunday like it as been done for every other police promotional exam. This is  completely unacceptable the test was announced over 7 months ago.  I need to know the alternative test date prior to Saturday to be given the opportunity to see what will be best for me either taking it on Saturday or waiting for the alternative exam date that might or might not cause a major conflict with my personal schedule.
Thank you
Anselmo Ioele

On Apr 14, 2015 2:52 PM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov> wrote:

Dear Mr. Ioele Anselmo:

Attached is your Admission Notice for Promotion to Lieutenant (Police), Exam No. 5535. Since you are requesting to take the test on the original test date April 18, 2015, you will not receive the special testing accommodation that you had previously requested.

Thank you,

Testing Accommodations | Exam Support Group

Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov

1 Centre Street | 14th Floor South, Room 1448

New York, NY 10007

1



**From:** Gino Felino [mailto:buttafuco82@gmail.com]
**Sent:** Monday, April 13, 2015 4:12 PM
**To:** TestingAccommodations (DCAS)
**Subject:** Re: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

Hi just wanted to make quick inquiry of when I will be receiving notice of the alternative date for the exam. Just wanted to plan my schedule accordingly
Thank you
Anselmo ioele

On Apr 6, 2015 9:57 AM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov> wrote:

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535. When you apply for certain test related accommodations, we try to be as explicit as possible regarding modifications to the exam process or materials, communicating the approved accommodations, and what exam related components cannot be adjusted, extended, or modified.

It is important to note that New York City's Test Administration cannot always provide certain test accommodations. Often there are extended time considerations that relate to administrative operations, assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

If you have any other questions, our contact information is below.

Thank you,

Testing Accommodations | Exam Support Group

2

CCHRFOIL00166

Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov

1 Centre Street | 14th Floor South, Room 1448

New York, NY 10007



3

CCHRFOIL00168

# EXHIBIT 13



## Fwd: RE: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535

From: "Gino Felino" <buttafuco82@gmail.com>
Date: Apr 19, 2015 9:15 AM
Subject: RE: approved for extended time on the Promotion to Lieutenant (Police), Exam No. 5535
To: "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov>
Cc:

So starting off I just want to say I am extremely disappointed in this administration and the lack of preparation in administering this promotional exam. It is very hard to believe that for a department were your only responsiblity is administering test for the City of New York you could not set up predetermined test dates and locations to accommodate individuals with disabilities. I understand under EEO policy employees shall be granted special accommodations in accordance with the law and EEO if doing so does not place undue hardship on the Department. Well it does not comply with the law if you place undue hardship on the employee and fail to give them any direction or answers. Being that DCAS was not able to give any answers as to when the actual alternate test date was going to be prior to Saturday I was forced to take the test on Saturday without any previously granted accommodations.

The test was very difficult and trying to fight through my disability to stay on pace with the time restriction was totally impossible I fell behind almost instantly forcing me to rush to complete the entire exam. In the end I ran out of time forced to guess in an attempt to fill in the answer key.  It is completely heart breaking to know that I really needed the extended time and it could Not be reasonably granted to me.

I'm not sure if the administration completely  understands the impact their lack of planing and scheduling has on people's lives and their livelihood.

On Apr 14, 2015 6:11 PM, "Gino Felino" <buttafuco82@gmail.com> wrote:

> I have a question in regards to the lack of knowledge of the test date from anyone in your administration
> it is almost comical if it wasn't for the fact that it is a very serious issue   a promotion test.   Knowing that
> I do need special accommodations but also getting no response from your staff has put me in a very
> difficult spot. If I take the test on Saturday it would be with out my extended time accommodations
> granted to me by law that I do need but also if I don't take it on Saturday I have no way in knowing when
> the test will be given next.  All I got as a response is probably end of May well that doesn't work for me if
> it is. How was no one made aware of this new policy of not giving the test the day after on Sunday like it
> as been done for every other police promotional exam. This is  completely unacceptable the test was
> announced over 7 months ago.  I need to know the alternative test date prior to Saturday to be given the
> opportunity to see what will be best for me either taking it on Saturday or waiting for the alternative exam
> date that might or might not cause a major conflict with my personal schedule.
> Thank you
> Anselmo Ioele

> On Apr 14, 2015 2:52 PM, "TestingAccommodations (DCAS)" <testingaccommodations@dcas.nyc.gov>
> wrote:

>> Dear Mr. Ioele Anselmo:

CCHRFOIL00170

Attached is your Admission Notice for Promotion to Lieutenant (Police), Exam No. 5535. Since you are requesting to take the test on the original test date April 18, 2015, you will not receive the special testing accommodation that you had previously requested.


Thank you,


Testing Accommodations | Exam Support Group

Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov

1 Centre Street | 14th Floor South, Room 1448

New York, NY 10007




From: Uhqr#thdqr#p dbxr-buttafuco82@gmail.com #
Sent: P rqgd/#Dsulk6/#5348#7=45#SP
To: #Whwkjj Dffrp p rgdkrqv#GFDV/
Subject: #Uh#Hssuryhg#iru#h{whqghg#p h#rq#kh#Surp rwkrq#r#Olhxwhqdqw#Srdfh/#H{dp #Qr1#8868


Hi just wanted to make quick inquiry of when I will be receiving notice of the alternative date for the exam. Just wanted to plan my schedule accordingly
Thank you
Anselmo ioele

On Apr 6, 2015 9:57 AM, "TestingAccommodations (DCAS)"
<testingaccommodations@dcas.nyc.gov> wrote:

Dear Candidate:

New York City Department of Citywide Administrative Services (DCAS) Test Administration has received your request, requesting special testing accommodations for Promotion to Lieutenant (Police), Exam No. 5535. When you apply for certain test related accommodations, we try to be as explicit as possible regarding modifications to the exam process or materials, communicating the approved accommodations, and what exam related components cannot be adjusted, extended, or modified.

It is important to note that New York City's Test Administration cannot always provide certain test accommodations. Often there are extended time considerations that relate to administrative operations, assessment requirements, job criteria, or general practicability concerns.

After viewing your request and supporting documentation for this paper-and-pencil multiple-choice test, you are approved for extended time (time and a half). The test is 6 hours and 45 minutes, but you have been approved for 150% of that time (10 hours and 8 minutes). Within our policies and analysis, these were reasonable accommodations offered within the scope of administrative, assessment, and practicability considerations.

Once the alternate test date is scheduled, you will be notify.

CCHRFOIL00171

If you have any other questions, our contact information is below.

Thank you,

**Testing Accommodations | Exam Support Group**

**Fax: (212) 313-3241 | testingaccommodations@dcas.nyc.gov**

**1 Centre Street | 14th Floor South, Room 1448**

**New York, NY 10007**



CCHRFOIL00172

# Fed Express

TRK# 7638 6584 1132
0201

E3 PCTA

TUE – 20 NOV 10:30A
PRIORITY OVERNIGHT

10007
NY-US
EWR

FedEx
Express

E

ORIGIN ID:NESA   DENISE MORETRA   (914) 282-6073
20 JEFFREY CT
CARMEL, NY 10512
UNITED STATES US

TO
SDNY
PRO SE INTAKE UNIT
500 PEARL ST
RM 200
NEW YORK NY 10007

SHIP DATE: 19NOV18
ACTWGT: 2.20 LB
CAD: 6991914/SSF01922

BILL CREDIT CARD



Align bottom of peel-and-stick airbill or pouch here.

Small Pak