UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
ANSELMO IOELE,

                    Plaintiff,

     -against-                             18 **CIVIL** 10904 (VSB)

## **JUDGMENT**

CITY OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2020, Defendant's motion to dismiss Plaintiff's Second Amended Complaint is granted; accordingly, this case is closed.

**Dated:** New York, New York
         March 31, 2020

                                                        **RUBY J. KRAJICK**
                                                   _____
                                                          **Clerk of Court**
            **BY:**
                                                         _____
                                                           **Deputy Clerk**